# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT SCARR, DMD, | Case No. CV 17-55-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| MARK ELLERKAMP, | |
| Defendant. | |

Before the Court is Defendant Mark Ellerkamp's *Unopposed Motion to Vacate Mediation Date and to Set Scheduling Conference.* (Doc. 22.) That motion being unopposed, and good cause appearing, IT IS ORDERED that the motion is **GRANTED.** The mediation currently set for October 18, 2018 is vacated and RESET for Tuesday, October 9, 018 at the Mike Mansfield Federal Courthouse, Butte, Montana.

DATED this 10th day of September, 2018.

_____
John Johnston
United States Magistrate Judge

1